| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____   Chapter   11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Spartan Specialty Finance I SPV, LLC

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   47-5417285

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 85 Horton Drive<br>Monsey, NY 10952<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Rockland<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

Debtor  Spartan Specialty Finance I SPV, LLC                                    Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply*:
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- [x] No
- [ ] Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor   Spartan Specialty Finance I SPV, LLC                      Case number (*if known*)
          Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - [ ] It needs to be physically secured or protected from the weather.
   - [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - [ ] Other

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - [ ] No
   - [ ] Yes.   Insurance agency _____
              Contact name      _____
              Phone             _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- [✓] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**
- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [✓] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**
- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [✓] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor  Spartan Specialty Finance I SPV, LLC                    Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

X  */s/ Barry Kostiner*                              Barry Kostiner
   Signature of authorized representative of debtor   Printed name

   Title  By Fintech Asset Management, LLC, Sole member
          By Barry Kostiner, Member.

**18. Signature of attorney**

X  /s/ Gabriel Del Virginia                          Date  6/29/2016
   Signature of attorney for debtor                        MM / DD / YYYY

   Gabriel Del Virginia, Esq.
   Printed name

   LAW OFFICES OF GABRIEL DEL VIRGINIA
   Firm name

   30 Wall Street,
   12th Floor,
   New York, NY 10022
   Number, Street, City, State & ZIP Code

   Contact phone  212-371-5478     Email address  gabriel.delvirginia@verizon.net

   GDV-4951
   Bar number and State

Fill in this information to identify the case:
Debtor name: Spartan Specialty Finance I SPV, LLC
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ellenoff Grossman & Schole LLP<br>1345 Avenue of Americas<br>New York, NY 10105 | | Legal Services | Disputed | | | $25,000.00 |
| Exceed Capital, Inc.<br>3773 Howard Hughes Parkway Suite 5005<br>Las Vegas, NV 89169-0017 | | Loan | | | | $187,338.72 |
| Fintech Asset Management, LLC<br>85 Horton Drive<br>Monsey, NY 10952 | | Management Fees | | | | $75,000.00 |
| GLD Management, Inc.<br>1325 Avenue of the Americas 27th Flr<br>New York, NY 10019 | | Professional services | | | | $35,000.00 |
| Vcorp Services, LLC<br>25 Robert Pitt Drive Suite 204<br>Monsey, NY 10952 | | Registered Agent Fee | | | | $49.00 |

```
ARGON CREDIT, LLC
200 W. JACKSON BOULEVARD
9TH FLOOR
CHICAGO, IL 60606


ELLENOFF GROSSMAN & SCHOLE LLP
1345 AVENUE OF AMERICAS
NEW YORK, NY 10105


EXCEED CAPITAL, INC.
3773 HOWARD HUGHES PARKWAY
SUITE 5005
LAS VEGAS, NV 89169-0017


FINTECH ASSET MANAGEMENT, LLC
85 HORTON DRIVE
MONSEY, NY 10952


GLD MANAGEMENT, INC.
1325 AVENUE OF THE AMERICAS
27TH FLR
NEW YORK, NY 10019


HAMILTON FUNDING I, LP
250 PARK AVENUE
7TH FLOOR
NEW YORK, NY 10177


MR. BARRY KOSTINER
C/O SPARTAN SPECIALTY FIN. I
85 HORTON DRIVE
MONSEY, NY 10952


VCORP SERVICES, LLC
25 ROBERT PITT DRIVE
SUITE 204
MONSEY, NY 10952
```

# United States Bankruptcy Court
## Southern District of New York

In re  Spartan Specialty Finance I SPV, LLC

Debtor(s)

Case No.
Chapter  11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Spartan Specialty Finance I SPV, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 29, 2016

Date

/s/ Gabriel Del Virginia, Esq.

Gabriel Del Virginia, Esq. GDV-4951

**Signature of Attorney or Litigant**

Counsel for  Spartan Specialty Finance I SPV, LLC

LAW OFFICES OF GABRIEL DEL VIRGINIA
30 Wall Street,
12th Floor,
New York, NY 10022
212-371-5478 Fax:212-371-0460
gabriel.delvirginia@verizon.net

United States Bankruptcy Court
Southern District of New York

In re    Spartan Specialty Finance I SPV, LLC                                   Case No.
                                                    Debtor                     Chapter    11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Barry Kostiner, declare under penalty of perjury that I am the manager of FinTech Asset Management LLC, the sole member of Spartan Specialty Finance I SPV, LLC, and that the following is a true and correct copy of the resolutions adopted by said company on the 20th day of June, 2016 .

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Barry Kostiner, of this company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Barry Kostiner, of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Barry Kostiner, of this company is authorized and directed to employ Gabriel Del Virginia, Esq. , attorney and the law firms of LAW OFFICES OF GABRIEL DEL VIRGINIA and Robinson Brog Leinwand Greene Genovese & Gluck P.C. to represent the company in such bankruptcy case."

Date    6/23/2016                          Signed    /s/ Barry Kostiner
                                                    Barry Kostiner, sole member

Resolution of Spartan Specialty Finance I SPV, LLC

Whereas, it is in the best interest of thisRobinson Brog Leinwand Greene Genovese & Gluck P.C. to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Barry Kostiner,  of this Robinson Brog Leinwand Greene Genovese & Gluck P.C., is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Robinson Brog Leinwand Greene Genovese & Gluck P.C.; and

Be It Further Resolved, that Barry Kostiner, is authorized and directed to appear in all bankruptcy proceedings on behalf of the and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of theRobinson Brog Leinwand Greene Genovese & Gluck P.C. in connection with such bankruptcy case, and

Be It Further Resolved, that Barry Kostiner, authorized and directed to employ Gabriel Del Virginia, Esq. GDV-4951, attorney and the law firms of LAW OFFICES OF GABRIEL DEL VIRGINIA and Robinson Brog Leinwand Greene Genovese & Gluck P.C. to represent the company in such bankruptcy case.

| Date | 6/23/2016 | Signed | /s/ Barry Kostiner |
|---|---|---|---|
| | | | Barry Kostiner |