# Exhibit B

## Kenter, Doron P.

| | |
|---|---|
| From: | Barry Kostiner <bkostiner@argoncredit.com> |
| Sent: | Friday, January 08, 2016 10:17 AM |
| To: | Daniel Wirzberger |
| Subject: | RE: Next Draw |

No. I am hoping we can complete this on January 21st when I am back in Chicago.

Argon is wrapping up their year-end accounting and re-negotiating their existing credit line.
They have not accumulated enough qualifying loans since our last funding.

Did you have a chance to review my withdrawal request revision?

Have a wonderful Shabbos!

- Barry

---

**From:** Daniel Wirzberger [mailto:dwirzberger@exigentcap.com]
**Sent:** Friday, January 08, 2016 9:26 AM
**To:** Barry Kostiner
**Subject:** Next Draw

Hey Barry,

I assume we're still aiming for $2mm next week?
Gut Shabbos.
Dan

Daniel Wirzberger
Exigent Alternative Capital
250 Park Avenue
New York NY 10177
646-506-9459 office

Any information contained in or attached to this e-mail is intended solely for the use of the intended recipient(s), is confidential and may contain information that is legally privileged. If you are not an intended recipient of this e-mail, please notify the sender of the delivery error and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this e-mail is expressly prohibited. Nothing contained in this email should be viewed as an offer to buy or sell securities, as such offer can only be made via appropriate materials. Content (including pricing, indicative returns or market commentary) is provided by the individual sender, does not necessarily reflect the views of Exigent Alternative Capital LLC or its affiliates, does not constitute investment advice and should not be taken as fact. Exigent Alternative Capital LLC, its principals and employees may own the securities discussed herein. If you reply to this email, please note that we are a public investor and do not want any material non-public information. We do not agree to keep confidential any information you provide and do not agree to any restrictions on our trading activity, except pursuant to a written confidentiality agreement executed by Exigent Alternative Capital LLC or an authorized affiliate.