# Exhibit C

## Kenter, Doron P.

| | |
|---|---|
| **From:** | barry Kostiner <bkostiner@fintecham.com> |
| **Sent:** | Tuesday, January 26, 2016 3:21 AM |
| **To:** | Daniel Wirzberger; Ariel Sternberg |
| **Cc:** | Robert Sheybani; Steven Rosenberg; berj@argoncredit.com |
| **Subject:** | Fwd: loan ana |
| **Attachments:** | LoanSelection012416f.xlsx |

Good morning Dan and Ariel, please see attached our draft loan selection analysis.

As we discussed, even including 18 month loans and refinancings, we will not be able to get past $1.5 mm.

I am meeting with our mezzanine investor tomorrow, and expect to go for the next draw on Monday, although as a result of the loan availability, it will be much smaller than expected.

I will reach out to Argon to look into how we can ramp up the loan acquisition in February without pre-paying for loans.

As we discussed, the maturity of loans will be an issue. I believe the 18 month loans have lower risk and higher cashflow. The question is if it is acceptable to lower the average maturity of the portfolio to 24 months. We can commit to re-investing the excess cashflow resulting from lowering the average maturity of the portfolio if necessary.

Thank you.

- Barry

---------- Forwarded message ----------
From: **Steven Rosenberg** <srosenberg@fintecham.com>
Date: Mon, Jan 25, 2016 at 5:15 PM
Subject: loan ana
To: barry Kostiner <bkostiner@fintecham.com>


I identified the possible refinances (by searching for names occuring multiple times)...

all the info was placed on an additional sheet called "Possible refinances"


this info is linked back on the "Credit File Ana" sheet


SR