# EXHIBIT E

## Kenter, Doron P.

| | |
|---|---|
| **From:** | Barry Kostiner <bkostiner@argoncredit.com> |
| **Sent:** | Tuesday, February 09, 2016 7:06 PM |
| **To:** | Daniel Wirzberger; Ariel Sternberg |
| **Cc:** | srosenberg@fintecham.com; rsheybani@fintecham.com |
| **Subject:** | Updated cash files |
| **Attachments:** | 02 01 2016_02 07 2016 Argon Credit Cash Report Clean.xlsx; 02 08 2016 Argon Credit Daily Data File Clean.xlsx; 02 08 2016 Argon SSF I SPV Daily Data File - NBI.xlsx; 02 01 2016_02 07 2016 Argon SSF I SPV Cash Report - NBI.xlsx |

Good evening Dan and Ariel,

Please see attached updated cash files and daily files for Argon and SSF I SPV.

I had a positive meeting with Jacob Sod this morning. I expect that he will fund $500k this week, followed by the remainder from my other investors this month.
However, as a result of Jacob's being away, his lawyer did not yet turn around the review of the promissory note.

I apologize for the delay.

-   Barry

**From:** bkostiner@fintecham.com [mailto:bkostiner@fintecham.com]
**Sent:** Tuesday, February 09, 2016 9:03 AM
**To:** Daniel Wirzberger
**Subject:** Update

Gut chodesh Daniel.

I apologize for not being responsive. I am working on 2 investors and have not yet funded. Jacob Sod just got back from the super bowl in CA, and I am meeting him for breakfast this morning. I expect that we will be able to fund tomorrow. I will be able to provide an update after my meeting.

The amendment is fine.

All the best.

- Barry

1