**ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
A. Mitchell Greene
*Proposed Finance/Litigation Counsel for the
Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **SPARTAN SPECIALTY FINANCE I SPV, LLC,** | Case No: 16-22881 (RDD) |
| Debtor. | |

-----------------------------------------------------------X

## DECLARATION OF HARRY MADANYAN

**HARRY MADANYAN,** under penalty of perjury, declares pursuant to the provisions of 28 U.S.C. §1746 as follows:

1. The undersigned is over the age of 18 and is competent to deliver this declaration.

2. The undersigned is the Chief Operating Officer of Argon Credit LLC ("Argon").

3. Argon is a party to a Servicing Agreement (the "Servicing Agreement") between Argon, Spartan Specialty Finance I SPV LLC ("Spartan") and Fintech Asset Management, LLC ("Fintech") with respect to a portfolio of loans (the "Portfolio") originated by Argon, sold to Spartan and financed by Hamilton Funding I, LP ("Hamilton").

4. Under the terms of the Servicing Agreement, Argon is to be paid fees to service the Portfolio out of proceeds generated by the Portfolio.

5. Since February 23, 2016, Argon has not been paid any of the fees for servicing the Portfolio to which it is entitled.

{00800932.DOC;1}800076-2

6. Argon has repeatedly sought payment for its servicing fees from Spartan and Hamilton to no avail.

Executed this 8th day of July, 2016

ARGON CREDIT LLC

By: _____

Harry Madanyan, AUTHORIZED SIGNATORY
Chief Operating Officer
Argon Credit LLC