UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

SPARTAN SPECIALTY FINANCE I SPV,
LLC,

                        Debtor.

------------------------------------------------------------X

Chapter 11
Case No. 16-B-22881 (RDD)

## ORDER DIRECTING PRODUCTION OF DOCUMENTS BY, AND EXAMINATION OF, HAMILTON FUNDING I, LP PURSUANT TO FED. R. BANKR. P. 2004

Upon the Motion for an Order Directing Rule 2004 Examination of Hamilton Funding I, LP, dated June 30, 2016 [Docket No. 6] (the "Motion")[1] filed by Spartan Specialty Finance I SPV, LLC, the debtor and debtor in possession herein (the "Debtor"), seeking the production of certain documents from, and an examination of, Hamilton Funding I, LP ("Hamilton") pertaining to the Debtor and its estate; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334, as a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and, after due deliberation, the Court having found and concluded that the Motion has established sufficient cause under Fed. R. Bankr. P. 2004 for the relief granted herein; and no additional notice being required except as set forth herein; now, therefore, it is

ORDERED, THAT

    1. The Motion is granted as provided herein.

    2. The Debtor is authorized to issue and serve a subpoena on Hamilton for the production of the documents in its possession, custody or control that are listed in or described on the Requests for Production attached to the Motion.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

3. Hamilton shall produce the documents covered by the foregoing subpoena to counsel for the Debtor on or before 21 days after the service of such subpoena, the Motion and a copy of this order on Hamilton.

4. The Debtor is authorized to conduct an oral examination of a representative of Hamilton with the most knowledge of the Debtor's relationship with Hamilton, and may issue and serve a subpoena on Hamilton compelling such examination, which examination shall be conducted at the offices of counsel for the Debtor at least 28 days after the service of such subpoena, the Motion and a copy of this Order on Hamilton; provided, such examination shall occur no later than 45 days after such service (or such other location and date as the parties agree).

5. The foregoing is subject to the assertion of any applicable privilege; provided, that if a document otherwise required to be produced hereby is withheld from production on the basis of applicable privilege, Hamilton shall deliver a proper privilege log to counsel for the Debtor at the time of document production hereunder.

Dated: White Plains, New York
         July 11, 2016

                                                     /s/Robert D. Drain
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE