**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

In re: Spartan Specialty Finance I SPV, LLC        Case No.: 16-22881-rdd

        Chapter 11

                        Debtor

--------------------------------------------------------------x

        Adversary Proceeding No.: _____

                        Plaintiff

            v.

                        Defendant

--------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

    Upon the motion of        James B. Swoka        , to be admitted, *pro hac vice*, to represent Argon Credit LLC, (the "Client") a  claimant            in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois,  it is hereby

    **ORDERED**, that        James B. Swoka        , Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 14, 2016
 White Plains       , New York                /s/Robert D. Drain

                                UNITED STATES BANKRUPTCY JUDGE