James B. Sowka
SEYFARTH SHAW LLP
131 South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 460-5000
jsowka@seyfarth.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Spartan Specialty Finance I SPL, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-22881 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

James B. Sowka, Esq., of Seyfarth Shaw LLP hereby withdraws his appearance as counsel for Argon Credit LLC in the above-captioned bankruptcy case and requests that he be removed from the CM/ECF noticing list and any other service list in this case.

Dated: Chicago, Illinois
        January 19, 2017

SEYFARTH SHAW LLP

By: /s/ *James B. Sowka*

James B. Sowka (admitted *pro hac vice*)
SEYFARTH SHAW LLP
131 South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 460-5000
jsowka@seyfarth.com

Withdrawing counsel for Argon Credit LLC

36721167v.1

## CERTIFICATE OF SERVICE

I, Julie Ziegler, certify that on January 19, 2017, I caused a copy of each of the **Notice of Withdrawal of Appearance and Request for Removal from Service Lists** to be served electronically through the Court's Electronic Notice for Registrants on all persons having appeared in this case.

By: /s/ Julie Ziegler

36721167v.1