# EXHIBIT B

# Investment Adviser Firm Summary

### EXIGENT ALTERNATIVE CAPITAL LLC (CRD# 154135)

The investment adviser you have selected is **NOT currently registered** and is **NOT filing reports** with the SEC or any state.

(Last Form ADV Filed On 04/22/2016)

### REGISTRATION STATUS

| SEC / JURISDICTION | REGISTRATION STATUS ❓ | EFFECTIVE DATE |
|---|---|---|
| SEC | Terminated | 12/22/2016 |

### NOTICE FILINGS

Investment adviser firms registered with the SEC may be required to provide to state securities authorities a copy of their Form ADV and any accompanying amendments filed with the SEC. These filings are called *"notice filings"*. Below are the states with which the firm you selected makes its notice filings. Also listed is the date the firm first became notice filed or registered in each state.

Not Currently Notice Filed

### EXEMPT REPORTING ADVISERS

Exempt Reporting Advisers ("ERA") are investment advisers that are not required to register as investment advisers because they rely on certain exemptions from registration under sections 203(l) and 203(m) of the Investment Advisers Act of 1940 and related rules. Certain state securities regulatory authorities have similar exemptions based on state statutes or regulations. An ERA is required to file a report using Form ADV, but does not complete all items contained in Form ADV that a registered adviser must complete. Other state securities regulatory authorities require an ERA to register as an investment adviser and file a complete Form ADV. Below are the regulators with which an ERA report is filed.

Not Currently an Exempt Reporting Adviser