# EXHIBIT  E

16-22881-rdd    Doc 62-5    Filed 05/12/17    Entered 05/12/17 22:52:19    Exhibit E - Trancripts    Pg 1 of 3

1   Q.   Let's go to that so we can just walk the
2   court through it. I think that was the e-mail with
3   the two attachments on it, is that right?
4   A.   Yes.
5        MR. GENSBURG: That would be, Your
6   Honor, on Exhibit 3.
7        THE COURT: With the memorandum of
8   understanding that's attached.
9        MR. GENSBURG: Yes.
10  BY MR. GENSBURG:
11  Q.   So go to Exhibit 3, and if you can walk
12  the court through, does anywhere show Argon's
13  ownership in the SSF --
14  A.   It does. If you flip to the first page
15  of the memorandum of understanding, it shows the GP
16  equity split. As you can see, there's a percentage
17  for Argon Management of 31 percent, and then SSF
18  Holdings, you'd have Margon, Little Owl, FTAM, and
19  then an employee incentive pool for Argon.
20  Q.   And what is the percentage owned by
21  Argon?
22  A.   That would be 41 percent.
23  Q.   You had discussions, you indicated, with
24  RSM McGladrey about this?
25  A.   I did.

1  it?
2       A.   They suggested it during the audit, that
3  that should be included on the financials.
4       Q.   I'm just trying to get a sense of
5  timing.
6       A.   Yes.
7       Q.   So when do you recall that McGladrey
8  told you to do the consolidation, too?
9       A.   It was probably in -- they confirmed the
10 consolidation probably in January or February when
11 we engaged -- when they were coming out and looking
12 at our books.
13      Q.   2016?
14      A.   2016.
15      Q.   And did they explain to you why?
16      A.   Because we retained an ownership of
17 those assets.  Argon retained an ownership of those
18 assets, so they wanted us to continue to monitor
19 those collections on those assets.
20      Q.   McGladrey said that?
21      A.   Yeah.
22      Q.   Okay.  So did Bob Farrell during your
23 December meeting actually refer to this document do
24 you recall?
25      A.   To this document?